```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TANESHA EDWARDS and JESSICA                                 :
ORTEGA, on behalf of themselves and                         :
those similarly situated                                    :
                                                            :
                                       Plaintiffs,          :
                                                            :
                -against-                                   :
                                                            :
THE SERVICEMASTER COMPANY, LLC,                             :
et al.,                                                     :
                                                            :
                                       Defendants.          :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

20-cv-6124 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On November 5, 2020, I signed the parties' briefing schedule for Plaintiffs' motion to certify a class, in which Plaintiffs' initial motion was due November 20, 2020, Defendants' brief in opposition was due on December 14, 2020, and Plaintiffs' reply memorandum was due on December 21, 2020.  (Doc. 19.)  Plaintiffs timely filed their motion to certify a class.  (Docs. 21–23.)  Defendants submitted a memorandum of law in opposition on December 14, 2020, (Doc. 26), but on December 17, 2020, Defendants filed an amended memorandum of law in opposition without seeking leave from this Court or indicating consent from Plaintiffs, (Doc. 27.)  This filing is untimely.  Accordingly, it is hereby:

ORDERED that the parties are directed to meet and confer and submit a joint letter on or before December 21, 2020 indicating 1) whether Defendants seek leave from this Court to file an amended memorandum of law in opposition; 2) whether Plaintiffs consent to Defendants' untimely filing; and 3) how, if at all, any of this should affect the timing of Plaintiffs' reply brief.

SO ORDERED.

Dated: December 18, 2020
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge