```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
TANESHA EDWARDS and JESSICA                                  :
ORTEGA, on behalf of themselves and those                    :
similarly situated                                           :
                                                             :              20-cv-6124 (VSB)
                                            Plaintiffs,      :
                                                             :                   ORDER
            -against-                                        :
                                                             :
                                                             :
THE SERVICEMASTER COMPANY, LLC,                              :
et al.,                                                      :
                                                             :
                                          Defendants.        :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of the parties' January 12, 2021 proposed stipulation and order granting leave to Plaintiffs to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).  (Doc. 38.)  Accordingly, it is hereby:

  ORDERED that the parties' proposed stipulation and order at Document 38 is GRANTED.

  IT IS FURTHER ORDERED that the parties shall submit a joint letter on or before January 22, 2021, indicating the parties' respective positions as to whether or not Plaintiffs filing an amended complaint moots Plaintiffs' currently pending motion for class certification.  (Doc. 21.)  *See, e.g.*, *Kiobel v. Royal Dutch Petroleum Co.*, No. 02-CV-7618 (KMW)(HBP), 2006 WL 7150834, at *1 (S.D.N.Y. Feb. 10, 2006) ("[T]he general practice upon the filing of an amended complaint is to deny any pending class certifications as moot").

SO ORDERED.

Dated: January 14, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge