USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANESHA EDWARDS, et al.,

                Plaintiffs,

      - against -

THE SERVICEMASTER COMPANY, LLC,
et al.,

                Defendants.
------------------------------------------------------------X

20-CV-6124 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties agreed to a resolution of this matter on February 23, 2021 but have not submitted a settlement agreement for approval. By May 4, 2021, the parties shall file the settlement agreement and *Cheeks* submission for review by the Court.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.